UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**GILL W. JASMINE, SR. (#380255)**            **CIVIL ACTION**

**VERSUS**

**BURL CAIN, ET AL.**            **NO. 12-0743-JJB-RLB**

**O R D E R**

This matter comes before the Court on the plaintiff's Motion for Court to Take Judicial Notice (Rec. Doc. 103). This Motion is opposed.

The plaintiff's Motion shall be denied. "Rule 201 of the Federal Rules of Evidence provides that a Court *may* take judicial notice of an 'adjudicative fact' if the fact is 'not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to resources whose accuracy cannot be questioned.'" *Taylor v. Charter Med. Corp.*, 162 F.3d 827, 829 (5th Cir. 1998) (emphasis in original). The documentation that is the subject of the instant Motion does not meet these criteria. *See, e.g., Masciti v. Quarterman*, 2009 WL 4728003 (S.D. Tex. Dec. 3, 2009) (denying a motion to take judicial notice of prison administrative grievances). In addition, the plaintiff does not have and has not provided the Court with copies of the documents that are the subject of the instant Motion, and many of these documents, *e.g.*, the purported Unusual Occurrence Reports and telephone logbook referred to therein, have previously been determined by the Court to be not subject to discovery, to be irrelevant to this proceeding, or to not exist. *See* Rec. Doc. 100. Accordingly,

**IT IS ORDERED** that the plaintiff's Motion for Court to Take Judicial Notice (Rec. Doc. 103) be and it is hereby **DENIED.**

Signed in Baton Rouge, Louisiana, on December 26, 2013.

_____
**RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE**